PER CURIAM.
Affirmed. Sireci v. State, 399 So.2d 964 (Fla.1981); Paul v. State, 385 So.2d 1371 (Fla.1980); Allen v. State, 326 So.2d 419 (Fla.1975); McMullen v. State, 405 So.2d 479 (Fla. 3d DCA 1981); Ragland v. State, 358 So.2d 100 (Fla. 3d DCA), cert. denied, 365 So.2d 714 (Fla.1978); Baxter v. State, 355 So.2d 1234 (Fla.2d DCA), cert. denied, 365 So.2d 709 (Fla.1978); Williams v. State, 353 So.2d 588 (Fla. 3d DCA 1977), cert. dismissed, 372 So.2d 64 (Fla.1979).